FILED
JAMES J. WALDRON, CLERK
AUG 23 2012
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY                  DEPUTY

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>**HYEON SEOK SHIN AND YOUNG OK SHIN,**<br><br>Debtors. | Case No.:  12-18146 (DHS)<br><br>Judge:     Steckroth |

## ORDER

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

8/23/12

**Page 2**
Debtor:         Hyeon Seok Shin and Young Ok Shin
Case No.:       12-18146 (DHS)
Caption of Order:   **Order**

This matter having been opened to the Court upon motion of Debtors Hyeon Seok and Young Ok Shin ("Debtors") seeking to avoid landlord Maxim Enterprises, LLC's ("Maxim") lien on certain of the Debtors' personal property, including inventory from the Debtors' sole proprietorship, and the Court having reviewed the pleadings and opposition to the motion filed in this matter and having heard the arguments of counsel, and for the reasons set forth in the Court's Letter Opinion of August 23, 2012, and for good cause shown, it is

ORDERED that the Debtors' motion to avoid Maxim's lien be and the same is hereby granted.

……